UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DANIEL LEE JONES** | **CIVIL ACTION** |
| versus | **NO. 12-2940** |
| **ATTORNEY GENERAL, STATE OF LOUISIANA** | **SECTION: "N" (3)** |

## O R D E R

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the federal petition of **Daniel Lee Jones** for *habeas corpus* relief is **DISMISSED WITHOUT PREJUDICE.**

New Orleans, Louisiana, this 28th day of March, 2013.

UNITED STATES DISTRICT JUDGE